496

**William S. PETTY et al. v. H. Kenneth HUNT et al.**

No. 4407.

United States Court of Appeals
Tenth Circuit.

Jan. 7, 1952.

H. Gordon Howard, Denver, Colo., for appellants.

P. H. Lamphere, Horace B. Van Valkenburgh III, and Peter J. Little, all of Denver, Colo., for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellees.

**Ben PRESTON v. CONTINENTAL OIL COMPANY.**

No. 4333.

United States Court of Appeals
Tenth Circuit.

Dec. 3, 1951.

Writ of Certiorari Denied April 7, 1952.

O. B. Martin, Oklahoma City, Okl., William C. Farmer, Wichita, Kan., and Kenneth C. West, Kansas City, Mo., for appellant.

Burney Braly, R. O. Wilson and Harold Skinner, all of Ponca City, Okl., and George Siefkin and John F. Eberhardt, Wichita, Kan., for appellee.

Before BRATTON, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

**Helen Lucille WILLIAMS v. UNITED STATES of America.**

No. 4352.

United States Court of Appeals
Tenth Circuit.

Dec. 31, 1951.

Garrett & Garrett, Oklahoma City, Okl., for appellant.

Robert E. Shelton, U. S. Atty., Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed December 31, 1951, on motion of appellant.